# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEE ATTACHED,

Petitioner,

vs.

SEE ATTACHED,

Respondent(s).

Case No. SEE ATTACHED

**ORDER SETTING HEARING FOR ARGUMENT OR OBJECTIONS**

Date: September 2, 2026
Time: 1:30 pm
Courtroom: 540 (Roybal Fed Bldg & US Crthse)

The court orders counsel for the parties[1] in the cases listed on the Attachment to appear **in person** at **1:30 PM** on **September 2, 2026** in **Courtroom 540** of the **Roybal Federal Building and United States Courthouse** (255 East Temple Street, Los Angeles, California 90012) for purposes of "expediting disposition of this action." Fed. R. Civ. P. 16(a); *see* Fed. R. Civ. P. 81(a)(4); Rules 1(b) and 12 of Rules Governing Section 2254 Cases.

To the extent practicable, the court intends to issue a written report of findings and recommendations or a tentative order on the pending 28 U.S.C. § 2241 petition by or before 10 AM on the day of the hearing, to entertain argument or objections (and replies to objections) by the parties, to enter the tentative order as the court's final order or to submit the written report to the district judge, or to revise either the report or the tentative order subject to further consideration if needed. *See* Fed. R. Civ. P. 16(c)(2) (providing discretion for "special procedures to assist in resolving the dispute" and "facilitating in other ways the just, speedy, and inexpensive disposition of the action"). If the parties prefer a final judgment on the merits before that hearing, they remain free to consent under General Order 26-05 and 28 U.S.C. § 636(c) with the understanding that there is no adverse substantive consequence for non-consent to faster final judgment.

Failure to appear at the hearing in person as ordered or to be prepared to participate at the hearing may lead to sanctions with no further warning or notice. *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5

IT IS SO ORDERED.

Dated: August 21, 2026

STEVE KIM
United States Magistrate Judge

[1] Any counsel of record for Petitioner may appear at the hearing. Government counsel may stand in for one another but only if they file a notice of appearance in advance of the status conference, are fully familiar with the facts of the case(s) they appear on, and can make statements binding the Respondent(s) in the particular case(s) they appear on.

## ATTACHMENT

| Petitioner | Case Number |
|---|---|
| ZhongRen Zheng | ED CV 26-3769-FLA |
| Ali Jahal Badran | ED CV 26-4526-FLA |
| Nana Cheng | ED CV 26-4571-SK |
| Celso Duarte | ED CV 26-4612-AH |