**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NANA CHENG,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-4571-SK

**JUDGMENT**

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. **Nana Cheng (A# 216-187-143)** is ORDERED RELEASED from custody forthwith on the same conditions and terms of release in the immigration judge's May 22, 2025 bond order.

DATED: September 7, 2026

STEVE KIM
United States Magistrate Judge